IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHANNON FALLIS,**

      **Plaintiff,**
  v.

**RESURGENT CAPITAL SERVICES, L.P.,**

      **Defendant.**
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Resurgent Capital Services, L.P., by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Middle District of Florida, Orlando Division, from the County Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida and in support thereof avers as follows:

1. Defendant Resurgent Capital Services, L.P. is a defendant in a civil action originally filed on or about August 16, 2021, in the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, titled *Shannon Fallis v. Resurgent Capital Services, L.P.* and docketed to Case No. 05-2021-CC-040728.

2. This removal is timely under 28 U.S.C. § 1446(b) as Defendant received service of process on September 1, 2021.

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant in the state court action.

5. The United States District Court for the Middle District of Florida, Orlando Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

6. On this date, Defendant provided notice of this Removal to counsel for Plaintiff and to the County Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Middle District of Florida.

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendant*

Dated: September 21, 2021

## CERTIFICATE OF SERVICE

I certify that on September 21, 2021, a true copy of the foregoing document was served as follows:

<u>Via U.S. Mail Postage Prepaid:</u>
Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Counsel for Plaintiff*

**MESSER STRICKLER, LTD.**

By:  */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendant*